FILED ___ LODGED
___ RECEIVED
NOV 13 2007
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Magistrate Judge Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> WELDON MARC GILBERT, <br> Defendant. | MAGISTRATE'S DOCKET CASE NO. MJ07-5225 <br><br> COMPLAINT for VIOLATION <br><br> Title 18, United States Code, Sections 2251(a) and (e) |

BEFORE MARY ALICE THEILER, United States Magistrate Judge, Seattle, Washington.

The undersigned complainant being duly sworn states:

**COUNT ONE**
**(Sexual Exploitation of Children - Production of Child Pornography)**

Beginning in or about 2001, and continuing through, on or about October 31, 2007, at Pierce County, in the Western District of Washington, and elsewhere, WELDON MARC GILBERT, did knowingly and intentionally use, employ, persuade, induce, entice and coerce a person under the age of eighteen to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, such visual depictions having been produced using materials that were mailed, shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

//

1        The undersigned complainant states that this complaint is based on the following information:

1.       I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI). I have been employed with the FBI since 1998, and am currently assigned to the Tacoma Resident Agency. Before joining the FBI, I served for four years in the US Army as an intelligence analyst. As an FBI agent, I have been trained in a wide variety of investigative techniques and procedures, as well as aspects of counterintelligence, white collar crime, violent crime, and crimes against children. As part of my duties, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in all forms of media, including computer media, in violation of Title 18, United States Code, Sections 2251, 2252(a), 2252A, and 2256, in all forms of media, including computer media.

2.       This affidavit sets forth probable cause to believe that WELDON MARC GILBERT violated Title 18, United States Code, Section 2251, which criminalizes, *inter alia*, the production of child pornography using materials shipped in interstate and foreign commerce. The information in this Affidavit is based on my personal knowledge and on information provided to me by other law enforcement officers. I have set forth only the facts that I believe are necessary to establish probable cause.

3.       On October 30, 2007, two brothers -- A.K. and V.K. -- came to the Seattle FBI office to report that their brothers, John Doe 1, currently age 13, and John Doe 2, currently age 18, had both been sexually molested by, and photographed while being sexually molested by WELDON MARC GILBERT, while they were under 18 years of age. A.K. and V.K. stated that John Doe 2 told them that the sexual abuse had occurred consistently for many years, beginning when John Doe 2 was 12 years of age. A.K. and V.K. further stated that GILBERT has been a friend of their family for years, and that John Doe 2 had been living with GILBERT until the previous weekend.

COMPLAINT/GILBERT — 2

4.   John Doe 2 told his brothers that GILBERT has a special darkroom in his home in Pierce County, Washington, where GILBERT molests, ties up, and spanks children for sexual purposes. John Doe 2 also stated that there is a special switch in the room that turns off the lights and turns on a camera. A.K. and V.K. told me that John Doe 2 took some of the videotapes depicting John Doe 1 and John Doe 2 from GILBERT's home and hid them.

5.   On October 30, 2007, A.K. and V.K. brought a videotape of their brothers being molested to Detective Sergeant Teresa Burg of the Pierce County Sheriff's Department. Detective Burg viewed the video, which shows GILBERT, at various times, rubbing John Doe 1 and John Doe 2 on their genitals with his hands. The video also shows GILBERT, at various times, spanking John Doe 1 and John Doe 2, becoming aroused by the spanking, and masturbating himself on camera.

6.   Detective Burg interviewed John Doe 1 and John Doe 2. Both boys told Detective Burg that GILBERT had touched their genitals with his hands and with his mouth. They told her that GILBERT often filmed this sexual abuse using the cameras that were currently set up in the house. John Doe 2 told the detective that the abuse began when he was 12 years of age, and had continued until very recently.

7.   After viewing the videotape and interviewing A.K. and V.K., Detective Burg applied for and obtained a search warrant, issued by a Pierce County Superior Court Judge. The warrant authorized Pierce County detectives to search GILBERT's Pierce County residence, located at 2901 211th Avenue East, in Sumner, Washington, for evidence of Child Molestation, Rape of a Child, and Sexual Exploitation of a Minor. Pierce County detectives executed the search warrant on October 31, 2007.

8.   On October 31, 2007, I spoke with Detective Burg, who informed me that numerous videos, a computer tower, four hard drives, and at least two video cameras and other physical evidence were seized as a result of the search warrant. According to John Doe 1 and John Doe 2, these were the same video cameras used to videotape them having

COMPLAINT/GILBERT — 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

sex with the GILBERT. These cameras were manufactured by Sony in Japan. Because of their manufacturing location, the video cameras traveled in interstate commerce before arriving in Pierce County, Washington.

9. According to Detective Burg, the videos she has viewed, that were seized pursuant to the warrant, clearly depict GILBERT, at various times, molesting John Doe 1 and John Doe 2. Specifically, the videotapes show GILBERT, identified by officers from his driver's license photograph, in a room with one of the two underage children. Detective Burg can identify all three participants in the videos as John Doe 1, John 2 and GILBERT. The penises of the children are exposed as GILBERT rubs them. GILBERT also rubs each boy's bottom, and spanks them.

10. In addition, the search of GILBERT's home resulted in the seizure of several videotapes depicting GILBERT sexually touching John Doe 2. The videotapes show John Doe 2 at various ages, beginning when he appears to be approximately 12 years-old and ending when he appears to be approximately 17 or 18 years-old. In the videotapes, GILBERT touches John Doe 2's penis with his hands and mouth. GILBERT spanks John Doe 2 in a manner that sexually arouses GILBERT, and he masturbates on the videotapes. Moreover, detectives found videotapes containing images of approximately 20 additional boys who appear to be minors engaging in sexual explicit conduct with GILBERT.

11. Based on the foregoing, I respectfully submit that there is probable cause to believe that in Pierce County, within the Western District of Washington, WELDON MARC GILBERT did intentionally sexually exploit minors to produce child pornography in violation of Title 18, United States Code, Sections 2251(a) and (e).

_____
JEFF STETLER, Complainant
Special Agent, Federal Bureau of
Investigation

1 | Based on the Complaint and Affidavit sworn to before me, and subscribed in my
2 | presence, the Court hereby finds that there is probable cause to believe the WELDON
3 | MARC GILBERT committed the offenses set forth in the Complaint.
4 | DATED this __10__ day of November, 2007.

MARY ALICE THEILER
United States Magistrate Judge

COMPLAINT/GILBERT— 5

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970