07-CR-05732-INDI

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

......November 21...... 20 07

BRUCE RIFKIN, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT ~~SEATTLE~~ Tacoma

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELDON MARC GILBERT,<br><br>　　　　　Defendant. | NO. CR07 5732BHS<br><br>INDICTMENT |

The Grand Jury charges that:

### COUNT ONE
**(Sexual Exploitation of a Child in the Production of Child Pornography)**

Beginning on a date unknown, but in or about 2001, and continuing until on or about October 31, 2007, within the Western District of Washington and elsewhere, the defendant, WELDON MARC GILBERT, did knowingly and intentionally use, persuade, induce, entice, and coerce a minor male, John Doe 1, who at the time was under the age of eighteen (18) years, to engage in sexually explicit conduct, specifically, sexual spanking, mutual masturbation, oral-genital sexual intercourse, and the lascivious exhibition of the genitals and pubic area of said minor male, for the purpose of producing visual depictions of such conduct, that is, videotapes and digital video discs (DVDs), such

INDICTMENT/GILBERT - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  visual depictions having been produced using materials that had been mailed, shipped,
2  and transported in interstate and foreign commerce.
3  　　　All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
**(Sexual Exploitation of a Child in the Production of Child Pornography)**

Beginning on a date unknown, but in or about 2001, and continuing until on or about October 31, 2007, within the Western District of Washington and elsewhere, the defendant, WELDON MARC GILBERT, did knowingly and intentionally use, persuade, induce, entice, and coerce a minor male, John Doe 2, who at the time was under the age of eighteen (18) years, to engage in sexually explicit conduct, specifically, sexual spanking, mutual masturbation, oral-genital sexual intercourse, and the lascivious exhibition of the genitals and pubic area of said minor male, for the purpose of producing visual depictions of such conduct, that is, videotapes and digital video discs (DVDs), such visual depictions having been produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE
**(Sexual Exploitation of a Child in the Production of Child Pornography)**

Beginning on a date unknown, but in or about 2001, and continuing until on or about October 31, 2007, within the Western District of Washington and elsewhere, the defendant, WELDON MARC GILBERT, did knowingly and intentionally use, persuade, induce, entice, and coerce a minor male, John Doe 3, who at the time was under the age of eighteen (18) years, to engage in sexually explicit conduct, specifically, sexual spanking, mutual masturbation, oral-genital sexual intercourse, and the lascivious exhibition of the genitals and pubic area of said minor male, for the purpose of producing visual depictions of such conduct, that is, videotapes and digital video discs (DVDs), such

INDICTMENT/GILBERT - 2

visual depictions having been produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FOUR
**(Transportation of a Minor to Engage in Illegal Sexual Activity)**

In or about 2005, within the Western District of Washington and elsewhere, the defendant, WELDON MARC GILBERT, did knowingly and willfully transport and caused to be transported a minor male, John Doe 1, who at the time was under the age of eighteen (18) years, in interstate and foreign commerce from Pierce County, in the State of Washington, to Canada, with the intent that the minor male engage in sexual activity under circumstances as would constitute a criminal offense by a person under Revised Code of Washington (RCW) Section 9A.44.089, Child Molestation; RCW Section 9.68A.090, Communication with a Minor for Immoral Purposes; RCW Section 9.68A.040, Sexual Exploitation of a Minor; RCW Section 9A.44.093,

///

///

///

INDICTMENT/GILBERT - 3

1 | Sexual Misconduct with a Minor in the First Degree; RCW Section 9A.44.096, Sexual
2 | Misconduct with a Minor in the Second Degree; and Title 18, United States Code,
3 | Section 2251(a), Sexual Exploitation of a Child in the Production of Child Pornography.
4 | All in violation of Title 18, United States Code, Section 2423(a) and Section 2.

A TRUE BILL:

DATED: 11/21/07

*The signature of the foreperson has been redacted pursuant to the policy of the Judicial Conference of the United States*

_____
FOREPERSON

_____
JEFFREY C. SULLIVAN
United States Attorney

_____
LAWRENCE LINCOLN
Assistant United States Attorney

_____
ROGER ROGOFF
Assistant United States Attorney

INDICTMENT/GILBERT - 4