**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br>     v.<br>WELDON MARC GILBERT<br><br>                        Defendant. | **Case No.** CR07-5763 BHS<br><br>**ORDER GRANTING MOTION**<br>**TO DETAIN DEFENDANT** |

This matter came before the court the 28th day of November 2007 on the plaintiff's Motion for Detention. The plaintiff appeared through Assistant United States Attorneys Roger Rogoff and Mike Dion. The defendant appeared personally and with counsel John Henry Browne. Pretrial Services Officer, Sarah Cavendish, was also present. The court considered the arguments of counsel, the pre-trial services report and the testimony of witnesses called by the defendant. The court rendered an oral decision, which is incorporated by this reference as though fully set forth herein, granting plaintiff's motion for detention.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

(1) that defendant, Weldon Marc Gilbert, be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) the defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) the defendant shall on order of the court of the United States or on request of an attorney for the Government, be delivered to a United States marshal for the purpose of further appearances in connection with this matter.

Dated this 29th day of November 2007

*/s/ J. Kelley Arnold*
United States Magistrate Judge

ORDER
Page - 1