1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

WELDON MARC GILBERT,

          Defendant.

CASE NO. CR07-5732BHS

ORDER GRANTING
STIPULATED MOTION FOR
AN EXTENSION OF TIME
AND RENOTING
DEFENDANT'S MOTIONS TO
SEAL AND TO DISMISS THE
INDICTMENT

      The Court having reviewed the Stipulated Motion for an Extension of Time to File

the Government's Response to Defendant's Motion to Dismiss (Dkt. 29), it is hereby

      **ORDERED** that the Stipulated Motion for an Extension of Time (Dkt. 29) is

**GRANTED**, and Defendant's Motion to Seal (Dkt. 25) and Motion to Dismiss the

Indictment (Dkt. 26) are **RENOTED** for consideration on March 21, 2008. The

Government may file its response to the motions on or before March 17, 2008.

      DATED this 14th day of February, 2008.


_____
BENJAMIN H. SETTLE
United States District Judge

ORDER