Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>WELDON MARC GILBERT,<br><br>   Defendant. | NO. CR07-5732BHS<br><br>ORDER GRANTING STIPULATED MOTION FOR LIMITED DISCLOSURE OF MOTION TO DISMISS |

Upon the stipulated motion of the Government and Defendant Weldon Marc Gilbert to disclose the sealed Motion to Dismiss the Indictment filed by Defendant, and based upon the facts set forth in the motion, which are hereby incorporated by reference and adopted as findings of fact,

IT IS HEREBY ORDERED that the Government is authorized to make the following limited disclosure of the Motion to Dismiss and supporting brief: (1) the Government may disclose the contents of the Motion and brief to FDC staff members who are potential witnesses to the allegations in the Motion; and (2) the Government may show copies of the Motion and brief to those potential witnesses.  The Government shall

//
//
//
//

ORDER GRANTING MOTION TO DISCLOSE MOTION TO DISMISS
(GILBERT, CR07-5732BHS) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1 | not give copies of the Motion and brief to those witnesses, nor shall the Government
2 | allow the witnesses to make any copies. The materials shall otherwise remain under seal.
3 |   DONE this 19th day of February, 2008.

                _____
                BENJAMIN H. SETTLE
                United States District Judge

Presented by:

s/ Michael Dion_____
MICHAEL DION
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Facsimile: (253) 428-3826
E-mail: Michael.Dion@usdoj.gov


s/ John Henry Browne (per tel.auth.)
JOHN HENRY BROWNE
Attorney for Defendant
Marc Weldon Gilbert

ORDER GRANTING MOTION TO DISCLOSE MOTION TO DISMISS
(GILBERT, CR07-5732BHS) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800