UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>WELDON MARC GILBERT,<br><br>        Defendant. | CASE NO. CR07-5732BHS<br><br>ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF |

This matter comes before the Court on the United States' Motion to File a Brief in Excess of Twelve Pages (Dkt. 87). The United States seeks leave of Court to file a Motion to Inquire of Defendant and Defendant's Lawyer Due to Potential Conflict of Interest in excess of 12 pages, but not to exceed 14 pages.

Local Rule CrR 12 limits responses to 12 pages absent leave of Court. Local Rule CrR 12(c)(6). The Court finds good cause for extending the page limit for the United States' motion. Therefore, it is hereby

**ORDERED** that the United States' Motion to File a Brief in Excess of Twelve Pages (Dkt. 87) is **GRANTED**, and Defendant Weldon Marc Gilbert may file an overlength response brief up to 14 pages in length.

DATED this 13th day of August, 2008.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

ORDER