Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR07-5732 BHS |
| Plaintiff, | |
| v. | ORDER TO EXTEND DEADLINE |
| WELDON MARC GILBERT, | |
| Defendant. | |

Before this Court is an Unopposed Motion to Extend the Deadline to File Trial Materials;

The Court finds, after a consideration of all relevant information and the circumstances of this case that the ends of justice would best be served by the granting of this request.

//
//
//
//
//
//
//

The deadline to file trial materials is hereby extended to October 24, 2008.

IT IS SO ORDERED

DATED this 15th day of October, 2008

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/Roger S. Rogoff*
ROGER S. ROGOFF
Assistant United States Attorney
WSBA No. 23362

ORDER TO EXTEND DEADLINE— 2
CR07-5732BHS

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970