THE HONORABLE BENJAMIN SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN WASHINGTON AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

V.

WELDON MARC GILBERT,

    Defendant.

No. CR07-5732BHS

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE TRIAL MATERIALS AND PRETRIAL CONFERENCE

THIS MATTER HAVING COME on/or before the undersigned Judge, upon the application of the defendant in this matter for an order granting a Stipulated Motion to Extend the Deadline to File Trial Materials and Pretrial Conference;

THE COURT HAVING FOUND, after a consideration of all relevant information and the circumstances of this case that the ends of justice would best be served by the granting of this request

IT IS HEREBY ORDERED that the Court shall grant the Stipulated Motion to Extend the Deadline to File Trial Materials and Pretrial Conference. The deadline to file trial materials is hereby extended to October 30, 2008.

//
//
//
//
//

*[PROPOSED]* ORDER TO EXTEND DEADLINE
AND PRETRIAL CONFERENCE- 1

LAW OFFFICES OF JOHN HENRY BROWNE PS
821 SECOND AVENUE, SUITE 2100
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

The pretrial conference is rescheduled to November 6, 2008 at 9:00 AM in Courtroom E before the Honorable Benjamin H. Settle.

DONE IN OPEN COURT this 24th day of October, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

Weldon Marc Gilbert, represented by:
LAW OFFICES OF JOHN HENRY BROWNE, P.S.
s/ Emma C. Scanlan
EMMA C. SCANLAN, WSBA # 37835
Attorney for Weldon Marc Gilbert
821 Second Avenue, Suite 2100
Seattle, Washington 98104
206-388-0777 fax: 206-388-0780
e-mail:escanlan@jhblawyer.com

*[PROPOSED]* ORDER TO EXTEND DEADLINE
AND PRETRIAL CONFERENCE- 2

LAW OFFFICES OF JOHN HENRY BROWNE PS
821 SECOND AVENUE, SUITE 2100
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780