Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR07-5732BHS |
| Plaintiff, ) | |
| ) | ORDER GRANTING MOTION FOR AUTHORIZATION FOR PROSECUTION TEAM TO CONTACT SEARCH TEAM |
| v. ) | |
| WELDON MARC GILBERT, ) | |
| Defendant. ) | |

Upon the Government's Unopposed Motion for Authorization for the Prosecution Team to Contact the Search Team,

IT IS HEREBY ORDERED that the prosecutors and investigators working on the prosecution of the Defendant in this case (the "Prosecution Team") may have contact with the agents and other law enforcement officers involved in the search of the residence and law office of the Third Party Attorney as authorized by the search warrants signed by Magistrate Judge Karen L. Strombom on May 25, 2008 (the "Search Team"). The Prosecution Team may have contact with the Search Team in order to prepare for trial in this case. The Prosecution Team may discuss the execution of the search warrants, the seizure of documents, the contents of seized documents[1] (so long as those documents were

---

[1] As used in this Order, "documents" includes written material, electronic records, e-mails, notes, address books, and any other writing, memorandum, communication, or record of communication in any form.

ORDER GRANTING MOTION FOR AUTHORIZATION
(GILBERT, CR07-5732BHS) - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

released to the Prosecution Team after privilege review by the Magistrate Judge), and any other relevant matters with the Search Team. However, the Search Team shall not divulge any information regarding the seizure and contents of documents that were (a) encountered during the execution of the search and (b) not released to the Prosecution Team after privilege review by the Magistrate Judge. With respect to any documents that are currently under review by the Magistrate Judge, the Search Team shall not divulge any information regarding the seizure and contents of those documents unless and until they are released to the Prosecution Team.

IT IS SO ORDERED.

DONE this 29th day of October, 2008.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ Michael Dion*
MICHAEL DION
Assistant United States Attorney
WSBA #31239

ORDER GRANTING MOTION FOR AUTHORIZATION
(GILBERT, CR07-5732BHS) - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970