IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>WELDON MARC GILBERT<br><br>           Defendant. | No. CR07-5732 BHS<br><br>ORDER ON STIPULATED MOTION TO CONTINUE RESTITUTION HEARING |

The Defendant having moved this Court for an Order continuing the restitution hearing currently scheduled for February 14, 2010, and the Court having reviewed the Declaration of Counsel, the records and files herein and noting the stipulation of the parties, now, therefore,

IT IS HEREBY ORDERED that the Restitution Hearing currently scheduled for February 14, 2011 be and hereby is continued to <u>April 18, 2011 at 1:30 pm.</u>

Dated this 9th day of February, 2011.

_____
BENJAMIN H. SETTLE
US District Court Judge

ORDER CONTINUING RESTITUTION HEARING - 1

RESSLER & TESH PLLC
821 2nd Avenue, Penthouse Suite
Seattle, Washington  98104-1540
Office (206) 388-0333
Fax: (206) 388-0197